## ATTACHMENT A
## WITNESS LIST TO DEFENDANTS' INITIAL DISCLOSURES

Brittany Stanfield
c/o Kaufman, Miller & Forman, P.C.
8215 Roswell Road, Building 800
Atlanta, Georgia 30350-6445
Telephone: 440-390-9200 Ext 20
Plaintiff

    Information regarding the allegations contained in the complaint.

David L. Pardue, Esq.
Georgia Bar No. 567217
Kaufman, Miller & Forman, P.C.
8215 Roswell Road, Building 800
Atlanta, Georgia 30350-6445
Telephone: 440-390-9200 Ext 20
Counsel for Plaintiff

    Information regarding attorney's fees and expenses incurred by Plaintiff.

SDFC One, Inc.;
Miresh Patel; and
Vinil Parikh
c/o Wooldridge & Jezek, LLP
1230 Peachtree Street, NE, Suite 1900
Atlanta, Georgia 30309
Telephone: 404.942.3300
Defendants

    Information regarding hours worked by Plaintiff, and Plaintiff's compensation as wells as requests for compensation.