IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| **BRITTANY STANFIELD** | : | |
| | : | |
| **Plaintiff,** | : | **CIVIL ACTION FILE NO:** |
| | : | **4:12-cv-00202- WEJ** |
| v. | : | |
| | : | **Jury Trial Demanded** |
| **SDFC, ONE, INC., and MITESH** | : | |
| **PATEL and VINIL PARIKH, in their** | : | |
| **individual capacities.** | : | |
| | : | |
| **Defendants.** | : | |
| _____ | : | |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

COME NOW, Plaintiff, Brittany Stanfield, and Defendants, SDFC, ONE, INC., and MITESH PATEL and VINIL PARIKH, in their individual capacities (collectively referred to as the "**Parties**") by and through their undersigned counsel and file this, their Joint Stipulation of Dismissal with Prejudice of the above-styled action and shows this Honorable Court as follows:

1.

On January 2, 2013, the Parties' submitted their Joint Motion for Approval of their proposed Settlement Agreement. *See Motion at Docket Entry No. 18.*

2.

On January 8, 2013, the Court approved the Parties' proposed Settlement Agreement and permitted Plaintiff to dismiss the case **without an order of this Court** by filing this, a stipulation of dismissal signed by all parties.  *See Order at Docket Entry No. 21.*

3.

Plaintiff and Plaintiff's counsel are in receipt of all settlement funds from Defendants pursuant to the Settlement Agreement.

WHEREFORE, Plaintiff, Brittany Stanfield, and Defendants, SDFC, ONE, INC., and MITESH PATEL and VINIL PARIKH, in their individual capacities, Jointly Stipulate to this Honorable Court that the above-styled matter is hereby Dismissed with Prejudice.

Respectfully submitted this 25th day of January, 2013.

| KAUFMAN, MILLER & FORMAN, P.C. | WOOLDRIDGE & JEZEK, LLP |
|---|---|
| */s/ David L. Pardue*_____ | */s/ Thomas C. Wooldridge*____ |
| David L. Pardue | Thomas C. Wooldridge |
| Georgia Bar No. 567217 | Georgia Bar No. 384108 |
| Richard J. Tillery | 1230 Peachtree Street, NE |
| Georgia Bar No. 940452 | Suite 190 |
| 8215 Roswell Rd., Bldg. 800 | Atlanta, Georgia 30309 |
| Atlanta, Georgia 30350-6445 | Tel.  404.942.3302 |

| | |
|---|---|
| Tel:   770.390.9200 | Fax. 404.942.3301 |
| Fax:  770.395.6720 | E-mail: |
| E-mail:    dlp@kauflaw.net | Wooldridge@wjlawoffice.com |
|              rjt@kauflaw.net | |
| *Attorneys for Plaintiff* | *Attorney for Defendants* |

*I:\WP\CW\8554-001\Joint Stipulation of Dismissal*.docx

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| **BRITTANY STANFIELD** : | |
| : | |
| **Plaintiff,** : | **CIVIL ACTION FILE NO:** |
| : | **4:12-cv-00202- WEJ** |
| **v.** : | |
| : | **Jury Trial Demanded** |
| **SDFC, ONE, INC., and MITESH** : | |
| **PATEL and VINIL PARIKH, in their** : | |
| **individual capacities.** : | |
| : | |
| **Defendants.** : | |
| _____: | |

## CERTIFICATE OF COMPLIANCE

This is to certify that the foregoing **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** has been prepared with one of the font and point selections approved by the court in LR 5.1. Specifically, the above-mentioned pleading has been prepared using Times New Roman font, 14 point.

Respectfully submitted this 25th day of January, 2013.

                                            **KAUFMAN, MILLER & FORMAN, P.C.**

| | |
|---|---|
| 8215 Roswell Rd., Bldg. 800 | */s/ Richard J. Tillery* |
| Atlanta, Georgia 30350-6445 | Richard J. Tillery |
| Telephone: (770) 390-9200 | Georgia Bar No. 940452 |
| Facsimile: (770) 395-6720 | |

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| **BRITTANY STANFIELD** | : | |
| | : | |
| **Plaintiff,** | : | **CIVIL ACTION FILE NO:** |
| | : | **4:12-cv-00202- WEJ** |
| v. | : | |
| | : | **Jury Trial Demanded** |
| **SDFC, ONE, INC., and MITESH PATEL and VINIL PARIKH, in their individual capacities.** | : | |
| | : | |
| **Defendants.** | : | |
| _____ | : | |

### CERTIFICATE OF SERVICE

I hereby certify that I have on this day electronically filed their **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification of such filing to all attorneys of record.

This 25th day of January, 2013.

                                                           **KAUFMAN, MILLER & FORMAN, P.C.**

| | |
|---|---|
| 8215 Roswell Rd., Bldg. 800 | */s/ Richard J. Tillery* |
| Atlanta, Georgia 30350-6445 | Richard J. Tillery |
| Telephone:  (770) 390-9200 | Georgia Bar No. 940452 |
| Facsimile:  (770) 395-6720 | |